IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDWARD WALLACE, B-82414** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 11-cv-646-JPG** |
| **UNNAMED MEDICAL STAFF,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**Gilbert, District Judge:**

On July 26, 2011 Plaintiff filed a complaint with this Court alleging §1983 violations against numerous defendants. The complaint did not name the individual defendants responsible for alleged deliberate indifference to Plaintiff's medical care. As a result, Plaintiff was instructed to file an amended complaint identifying "Defendants Medical Staff" within thirty-five (35) days of August 8, 2012, the date of this Court's Order. Thirty-five (35) days have since passed and the Plaintiff has not filed an amended complaint. As a result, this case is **DISMISSED** without prejudice for failure to prosecute. FED.R.CIV.P. 41(b). The Clerk's office is directed to add "UNNAMED MEDICAL STAFF" as defendants in this matter, and to **DISMISS** same.

**THE CLERK OF THE COURT SHALL CLOSE THIS CASE.**

**IT IS SO ORDERED.**

**DATED:   September 19, 2012**

　　　　　　　　　　　　　　　　　　　　*s/J. Phil Gilbert*
　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**